UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Cr. No: 1:26-cr-11-SE-AJ-01** |
| v. ) | |
| ) | **18 U.S.C. § 2252A(a)(5)(B)** ) |
| ) | |
| **SYRUS MCCAULEY** ) | |

## INDICTMENT

**The Grand Jury Charges:**

### Count One

[18 U.S.C. § 2252A(a)(5)(B) – Possession of and Access with Intent to View Child Pornography]

On or about August 8, 2025, in the District of New Hampshire, the defendant,

**SYRUS MCCAULEY**,

did knowingly possess and access with intent to view material that contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and such images were transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **NOTICE OF FORFEITURE**

Upon conviction of the offense alleged in Count One of the Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses, including but not limited to the following electronic devices seized on February 12, 2026, (1) iPhone 12, IMEI 350725912846464, (2) one iPhone SE, IMEI 352853888515638, (3) Samsung tablet, (4) iPhone 6S, IMEI 355686075023504, (5) Dell Laptop serial number 15639212414, and (6) iPhone SE, IMEI 356841113312034.

Dated: February 18, 2026

ERIN CREEGAN
United States Attorney


/s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney

TRUE BILL

/s/ Foreperson
Grand Jury Foreperson